MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LUCINDA ORTIZ, an Individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a California Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>    Defendants. | Case No.: |

## NOTICE OF REMOVAL

TO: THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

Defendant, Bodega Latina Corporation dba El Super, hereby notices the removal of this action to the United States District Court and, in support thereof, states as follows:

1. On or about April 30, 2018, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, entitled *Gina Alcantara v. Bodega Latina Corporation dba El Super*, Case No. A-18-773721-C. A copy is attached hereto as Exhibit A. In the Complaint at ¶1, Plaintiff alleges that Plaintiff is a resident of Clark County, Nevada.

2. Service of Summons and Complaint upon Defendant Bodega Latina

Corporation dba El Super was made by personal service on May 25, 2018. A copy is attached as Exhibit B.

3. No further proceedings have been had in this matter in the Eighth Judicial District Court, Clark County, Nevada.

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332. Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

5. Plaintiff alleges in her Complaint that she was and is, at all times relevant therein, a resident of Clark County, Nevada.

6. Defendant Bodega Latina Corporation is a Delaware Corporation headquartered in Paramount, California.

7. DOES 1 through 10 and ROE CORPORATIONS 1 through 10 are named and sued fictitiously, and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

8. There is now complete diversity between Plaintiff and Defendant Bodega Latina Corporation.

9. The Complaint alleges claims for Negligence/Premises Liability and Negligent Hiring/Supervision.

10. Plaintiff has identified medical special damages in excess of $69,000.00. and has demanded settlement in the amount of $570,000.00. Plaintiff is currently still undergoing treatment. Thus, based on the allegations in the complaint and the representations made by the Plaintiff, the value of the amount in controversy exceeds $75,000.00.

11. Fewer than 30 days have passed since notice of lawsuit was served, the thirtieth day being June 25, 2018.

12. A true and correct copy of this Notice of Removal is being filed on this

1 | date with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

2 |   13. Based on the foregoing, Defendant Bodega Latina Corporation, hereby
3 | removes the above-referenced action now pending in the Eighth Judicial District Court,
4 | in and for the County of Clark, as Case No. A-18-773721-C to this Court.
5 |   Dated this 4th day of June 2018.

BAUMAN LOEWE WITT & MAXWELL, PLLC

*/s/ Michael C. Mills*

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendant,
Bodega Latina Corporation dba El Super

---

A Plaintiff's Complaint
B Affidavit of Service