# EXHIBIT "B"

EXHIBIT "B"

Electronically Filed
5/30/2018 2:59 PM
Steven D. Grierson
CLERK OF THE COURT

PSER
BERNSTEIN & POISSON
320 So. JONES Blvd.
Las Vegas, NV 89107
702-256-4566
*Attorney for:* Plaintiff

## DISTRICT COURT
## CLARK COUNTY NEVADA

| | |
|---|---|
| LUCINDA ORTIZ<br><br>*Plaintiff*<br><br>BODEGA LATINA CORPORATION<br><br>*Defendant* | *Case Number:* **A-18-773721-C**<br><br>*Dept/Div:* **18**<br><br>**PROOF OF SERVICE** |

BRENT ALLEN REID, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Thursday May 24 2018; 1 copy(ies) of the:

**SUMMONS; COMPLAINT**

I served the same on Friday May 25 2018 at 12:24PM by:

**Serving Defendant BODEGA LATINA CORPORATION DBA EL SUPER, BY SERVING URS AGENTS, LLC, REGISTERED AGENT**

by serving: CHRISTOPHER OLSON, LAW CLERK ON BEHALF OF URS AGENTS, LLC, REGISTERED AGENT, PURSUANT TO NRS 14.020    at the Defendant's Business located at 4625 W NEVSO DR, STE 2 & 3, Las Vegas, NV 89103.

Pursuant to NRS 53.045, I declare under the penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.
**Executed: Tuesday May 29 2018**

Affiant: BRENT ALLEN REID #R-061962
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

*p2019128  .2564566.560293*