MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Drive, Suite 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Email: mmills@blwmlawfirm.com
Email: brigo@blwmlawfirm.com

Attorneys for Defendant,
Bodega Latina Corporation
dba El Super

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCINDA ORTIZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>BODEGA LATINA CORPORATION, d/b/a EL SUPER, a California Corporation; DOES I-X; and ROE BUSINESS ENTITIES XI-XX, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01012-JAD-NJK |

## STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND DEADLINES

### [FIRST REQUEST]

Plaintiff Lucinda Ortiz, by and through her counsel of record, Jamie H. Corcoran, Esq., of Bernstein & Poisson and Defendant Bodega Latina Corporation, dba El Super,

STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND DEADLINES (FIRST REQUEST)
- PAGE 1 OF 4 -

3122421v1

by and through its counsel of record, Bernadette A. Rigo, Esq., and pursuant to Local Rule 26-4, stipulate to modify their discovery plan as follows:

1. Plaintiff filed her Complaint on April 30, 2018 in the Eighth Judicial District Court, Case No. A-18-773721-C. This case was removed to the United States District Court on June 4, 2018.

2. The parties held their F.R.C.P. 26 conference on June 20, 2018 and filed their Stipulated Discovery Plan and Scheduling Order on June 27, 2018. In this original plan, the parties agreed to the following dates:

| | |
|---|---|
| Last Day to Amend Pleadings: | 09/11/2018 |
| Expert Disclosure Deadline: | 10/11/2018 |
| Interim Status Report Deadline: | 10/11/2018 |
| Rebuttal Expert Disclosure: | 11/12/2018 |
| Last Day to Amend DPSO: | 11/19/2018 |
| Discovery Cut-Off: | 12/10/2018 |
| Dispositive Motions Deadline: | 01/09/2019 |
| Pre-Trial Order: | 02/08/2019 |

The initial discovery plan was signed by United States Magistrate Judge Nancy J. Koppe on June 28, 2018.

3. In compliance with Local Rule 26-4, the parties provide the following information regarding the discovery status:

(a) Discovery Completed pursuant to Fed. R. Civ. P. 26(a):

**Defendants:**

| | |
|---|---|
| Defendant's Initial Disclosure | 06/20/2018 |
| Defendant's Interrogatories to Plaintiff | 06/26/2018 |
| Defendant's Request for Production to Plaintiff | 06/26/2018 |
| Defendant's Request for Admissions to Plaintiff | 06/26/2018 |
| Defendant's First Supplemental Disclosure | 07/19/2018 |

**Plaintiffs:**

| | |
|---|---|
| Plaintiff's Initial Disclosure | 06/18/2018 |
| Plaintiff's Request for Production to Defendant | 06/29/2018 |
| Plaintiff's Interrogatories to Defendant | 06/29/2018 |

(b) Discovery that remains to be completed:

- Defendant needs to obtain Plaintiff's remaining medical records.
- Defendant needs to schedule an Independent Medical Examination of Plaintiff.
- The parties need to designate experts and rebuttal experts and exchange reports.
- The parties need to conduct the depositions of Plaintiff and Defendant.
- The parties need to conduct the depositions of Plaintiff's experts and Defendant's experts.

(c) Reasons why discovery was not completed:

It took longer than expected to obtain all of Plaintiff's medical records and defendant is still awaiting receipt of requested medical records and imaging studies from the radiologists and medical providers. Defendant has received approximately 45% of the records it requested. As a result of the delay in receiving the medical records, Plaintiff's deposition is not being scheduled until September 2018, which the parties believe is not sufficient time to consult with and potentially retain experts by the current initial expert disclosure date of October 11, 2018.

The parties propose a 90-day extension to complete the remaining discovery. Those dates will be:

| | |
|---|---|
| Last Day to Amend Pleadings: | 12/10/2018 |
| Expert Disclosure Deadline: | 01/09/2019 |
| Interim Status Report Deadline: | 01/09/2019 |
| Rebuttal Expert Disclosure: | 02/08/2019 |
| Last Day to Amend DPSO: | ~~02/15/2019~~ 21 days before expiration of the subject deadline. |

| | | |
|---|---|---|
| Discovery Cut-Off: | | 03/11/2019 |
| Dispositive Motions Deadline: | | 04/09/2019 |
| Pre-Trial Order: | | 05/09/2019 |

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

## CONCLUSION

For the foregoing reasons, the parties herein respectfully request this Honorable Court to enter its Order to Extend Discovery Plan and Deadlines.

Dated this 21st day of August 2018

BERNSTEIN & POISSON

/s/ Jamie H. Corcoran

JAMIE H. CORCORAN, ESQ.
Nevada Bar No. 010188
320 S. Jones Blvd.
Las Vegas, NV 89107
Phone: (702) 256-4566
Fax: (702) 256-6280
Attorneys for Plaintiff,

Dated this 21st day of August 2018

BAUMAN LOEWE WITT & MAXWELL

/s/ Bernadette A. Rigo

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BERNADETTE A. RIGO, ESQ.
Nevada Bar No. 007882
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendant,
Bodega Latina Corporation,
dba El Super

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that the Stipulation to Extend Discovery hereinabove is hereby granted.

DATED August 22, 2018

_____
UNITED STATES MAGISTRATE JUDGE