# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LUCINDA ORTIZ,

     Plaintiff,

v.

BODEGA LATINA CORPORATION,

     Defendant.

Case No.: 2:18-cv-01012-JAD-NJK

**Order**

[Docket No. 25]

Pending before the Court is a motion to withdraw as counsel for Plaintiff filed by attorneys Scott L. Poisson and Jamie H. Corcoran. Docket No. 25. Any response to the motion must be filed by September 16, 2019. The Court hereby **SETS** a hearing on the motion for 10:00 a.m. on September 27, 2019, in Courtroom 3C. Plaintiff Lucinda Ortiz, Mr. Poisson, Mr. Corcoran, and any newly retained counsel for Plaintiff must appear personally at the hearing. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS, UP TO AND INCLUDING CASE-DISPOSITIVE SANCTIONS.**

Withdrawing counsel shall serve a copy of this order on Plaintiff and shall file a proof of service by September 13, 2019.

IT IS SO ORDERED.

Dated: September 9, 2019.

Nancy J. Koppe
United States Magistrate Judge