**SAO**
Scott L. Poisson, Esq.
Nevada Bar No. 10188
Jamie H. Corcoran, Esq.
Nevada Bar No. 11790
**BERNSTEIN & POISSON**
320 S. Jones Blvd.
Las Vegas, Nevada 89107
Telephone: (702) 877-4878
Facsimile: (702) 256-6280
Email: jamie@vegashurt.com
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| LUCINDA ORTIZ,<br>　　　　Plaintiff,<br>vs.<br>BODEGA LATINA CORPORATION dba EL SUPER, and DOES 1 through 100; And ROE CORPORATIONS 101 through 200<br>　　　　Defendant | CASE NO.: 2:18-cv-01012-JAD-NJK<br><br>ECF No. 30 |

### STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT (FIRS REQUEST)

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendant, by and through their undersigned counsel, that the deadline for Plaintiff to file her responses to Defendant's Motions for Summary Judgments (Doc 27 and Doc 19), currently scheduled for September 19, 2019 be extended to ten days after this court issues a decision on Plaintiff counsel's Motion to withdrawal (Doc 25), which is currently set for hearing September 27, 2019.

The reason for the request for the extension of the deadline is to allow the court to rule on plaintiff's counsel's motion to withdrawal and to allow Plaintiff additional time to respond and/or procure new counsel.

Dated this __ day of September, 2019.

| **BERNSTEIN & POISSON** | **BAUMAN LOEWE WITT & MAXWELL** |
|---|---|
| /s/ Jamie H. Corcoran | /s/ Bernadette Rigo |
| Scott Poisson, Esq. | Michael Mills, Esq. |
| Nevada Bar No. 10188 | Nevada Bar No. 3534 |
| Jamie Corcoran, Esq. | Bernadette Rigo |
| Nevada Bar No.: 11790 | Nevada Bar No. 7882 |
| 320 South Jones Boulevard | 3650 N. Rancho Dr. Ste 114 |
| Las Vegas, Nevada 89107 | Las Vegas, NV 89130 |
| Attorneys for Plaintiff | Attorneys for Defendant |

IT IS SO ORDERED

DATED this 11th day of September, 2019.

_____
UNITED STATES DISTRCIT COURT JUDGE

Prepared and Respectfully Submitted by:

**BERNSTEIN & POISSON**

/s/ Jamie H. Corcoran
Scott Poisson, Esq.
Nevada Bar No. 10188
Jamie Corcoran, Esq.
Nevada Bar No.: 11790
320 South Jones Boulevard