# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LUCINDA ORTIZ,<br>    Plaintiff(s),<br>v.<br>BODEGA LATINA CORPORATION,<br>    Defendant(s). | Case No.: 2:18-cv-01012-JAD-NJK<br><br>**ORDER** |

The Court set a hearing on Defendant's counsel's motion to withdraw, Docket No. 25, for 10:00 a.m. on September 16, 2019. Docket No. 26. On September 16, 2019, Defendant's counsel Scott L. Poisson moved for leave to appear telephonically at the hearing. Docket No. 35. The Court granted the request. Docket No. 37.

Counsel shall appear telephonically by calling the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the call must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: September 17, 2019

                                                            Nancy J. Koppe<br>
                                                        United States Magistrate Judge